USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUR CENTRAL PARK, INC.,

                Plaintiff,

    - against -

CREATEIT,

                Defendant.

---

21 Civ. 7005 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for the parties having notified the Court, by letter dated October 26, 2022 (see Dkt. No. 8), that the parties have reached an agreement in principle to settle this action without further litigation, and do not object to the issuance of this Order, it is hereby

    **ORDERED,** that this action be conditionally discontinued without prejudice and without costs. Any application for restoration of the action to the active calendar of this Court must be made by letter within thirty (30) days of the date of this Order. Upon such notification, the Court shall promptly reinstate the action to its active docket. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

    Any further conferences with the Court scheduled in this

action are canceled. The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:     31 October, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.